UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

Adeline Olmer Santiago

                          Debtor.

-------------------------------------------------------x

Chapter 11

Case No.:17-22226 (RDD)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Case Conference, will be held on August 28, 2017 a.m.

**PLEASE TAKE FURTHER NOTICE** that such hearing will take place in the Honorable Robert D. Drain's Courtroom 118 of the Charles L. Brieant, Jr. Federal Building and Courthouse, 300 Quarropas Street, White Plains, New York 10601.

| | |
|---|---|
| Dated: Harrison, NY<br>June 29, 2017 | /s/ H. Bruce Bronson<br>H. Bruce Bronson, Esq.<br>Bronson Law Offices, P.C.<br>480 Mamaroneck Avenue<br>Harrison, NY 10528<br>Telephone: 877-385-7793<br>Fax: 888-908-6906 |