UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re: **Adeline Olmer Santiago**         Chapter 11

                                                              Case No. 17-22226-rdd

Debtor(s).
-------------------------------------------------------------------x

## CREDITOR'S REQUEST FOR TERMINATION OF LOSS MITIGATION

Upon information and belief and based upon information furnished by the Creditor,[1] attorney for Creditor, hereby requests termination of Loss Mitigation on the following Loan :

### Loan Information:

- 353 Sleepy Hollow Rd
  Briarcliff, NY 10510-2138
- XXXXXX9735
- Creditor's lien priority position: First

### Loss Mitigation Information:

- Loss Mitigation was requested on:
- A *"Loss Mitigation Order"*[2] was entered on:
- The last Loss Mitigation session was conducted on:

This request for termination of Loss Mitigation is based upon the following *[check all that apply]*:

**X Missing Documents:** A *"Creditor Loss Mitigation Affidavit"* was served on the Debtor by Creditor and filed on ECF on July 20, 2017 and Creditor still has not received the following documents *[check all that apply]*:

    ☐ Two consecutive pay periods of paystubs and/or two months of profit and loss statements from self-employed business.

    ☐ The last two years of income tax returns, signed by all taxpayers.

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

[2] Italicized words in quotations indicate that there is a form by the same name on the Bankruptcy Court's website. These forms shall be used whenever applicable.

1

□ Hardship letter

□ Debtor has failed to provide the Creditor with adequate protection during Loss Mitigation as ordered by the Court by Order dated ____. The last payment received by Creditor from Debtor was on _____ in the amount of $_____, which was applied to the _____ payment.

□ Statement of monthly income and expenses.

□ Proof of residency.

□ Third party affidavit regarding contribution.

□ Two months of bank statements.

□ Appraisal of home or statement of value of home

X  Other to be specified here:_Debtor applied for loss mitigation, and was denied.  A Detailed letter explaining the denial was filed with this Court (See Docket No. 32). Thereafter, Debtor's counsel and Creditor's counsel had a telephone conference, and Debtor's counsel indicated his client was going to submit a new package for loss mitigation review.  In addition, after prior loss mitigation hearing, Debtor was directed to obtain and notice an adjournment date.  As of today's date, an adjournment date/letter was not filed with the Court or noticed to Creditor's counsel and Creditor's counsel has not been provided with any appeal OR new loss mitigation package documents.  Creditor's counsel has followed up with Debtor's counsel since February 13, 2018, and is still not in receipt of any documents.  Debtor's counsel had previously indicated that all documents would be submitted by February 12, 2018.

**X Insufficient Income:** Debtor has insufficient income to support a loan modification. This is based upon Debtor's monthly income of **\*See Docket No. 32, with attached denial letter and explanation of denial.**

□ paystubs

□ tax returns

□ operating statements

□ budget

□ third party contribution

□ Debtor's monthly expenses of _____ .

□ Debtor has insufficient income to support a loan modification that would add the amount of arrears of $_____ to be recapitalized by the loan modification.  The principal balance of the loan modification would have to be

2

  $_____$ , which would require a monthly payment of $_____ at _____% interest.

☐  **Debtor Does Not Qualify:** The Debtor does not qualify for Loss Mitigation for the following reasons *[check all that apply]*:

  ☐  Debtor's real property does not qualify for Loss Mitigation based upon an appraisal dated _____ and a value of _____.

  ☐  This property is NOT Debtor's principal residence. Debtor resides at

  _____.

  ☐  Debtor has already received a loan modification as of _____, which resulted in the loan being adjusted by _____ *[a copy of the previous loan modification documents MUST be attached as an exhibit to this request]*.

  ☐  It has been determined that this loan is not in need of modification, as Debtor is current and/or is able to show the ability to pay under the note as it currently exists.

☐  **Title Issues:** There are title issues *[check all that apply]*:

  ☐  Title is in the name(s) of: _____ and the note is in the name(s) of: _____.

  ☐  Liens exist against the property;

   ▪  they are:_____.

  ☐  Other:_____.

☐  **Previous Modification:** Debtor was approved for a loan modification as of _____, but Creditor seeks to terminate Loss Mitigation because the Debtor has not *[check all that apply]*:

  ☐  made the necessary payments in the trial period, with the last payment received by Creditor on _____ in the amount of _____.

  ☐  supplied the following documents requested on _____.

  ☐  Debtor's income has changed since the trial period. Current income is now $_____, based upon _____ while pre-trial income was $_____, based upon _____.

  ☐  Debtor's expenses have changed since the trial period. Current expenses are now $_____, based upon _____ while pre-trial expenses were $_____, based upon _____.

3

☐ **Lack of Adequate Protection:** Debtor has failed to provide the Creditor with adequate protection during the loss mitigation process as ordered by the Court by order dated _____. The last payment received by Creditor from Debtor was on _____ in the amount of $_____, which was applied to the _____ payment.

☐ **Other:** *[Explain in detail]*:_____
   _____
   _____
   _____.

I hereby attest that on 3/20/2018, our office spoke directly with Chanel P. Orgill via telephone to personally advise of the Creditor's decision to request termination of Loss Mitigation and the reason(s) for the same. I hereby understand that the *"Creditor's Request for Termination of Loss Mitigation"* will NOT be entertained by the Court unless Creditor conducts a telephone status conference with the Debtor's designated contact person and advises the Debtor's designated contact person of the basis for the denial **PRIOR** to requesting termination.

Wherefore, Jenelle C. Arnold, Attorney for Creditor, hereby requests termination of the loss mitigation process based upon the above information supplied by the Debtor and relied upon by the Creditor.

Dated: 3/21/2018

Respectfully Submitted:

/s/ *Jenelle C. Arnold*
Jenelle C. Arnold
Bar No.: 5263777
Aldridge Pite, LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: JArnold@aldridgepite.com